FILED

05/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0472

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0472

_____

CHARLES C. HILL, et al.

       Plaintiff,

  v.

FRED ELLINGHOUSE, et al.

       Defendant.

                                  O R D E R

BRADLEY LIVESTOCK, LC,

       Objector and Appellant,

  v.

WILLIAM FRASER,

       Claimant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Stephen R. Brown, Water Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2024